**BOUTIN JONES INC.**
Daniel S. Stouder SBN 226753
Ian K. McGlone SBN315201
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
T: (916) 321-4444/F: (916) 441-7597

Attorneys for Defendants, DB Asset Group, LLC;
Gary Dambach, Jr. and Todd Dambach

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY BUSINESS PARTNERS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DB ASSET GROUP, LLC, a Florida Limited Liability Company; GARY DAMBACH, JR, an Individual, TODD DAMBACH, an Individual, and Does 1 through 10, inclusive<br><br>Defendants. | Case No.:  2:21-cv-01187-KJM-KJN<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS all defendants recently retained the same counsel.

WHEREAS on August 30, 2021, defense counsel signed a waiver of the service of summons provided by plaintiff for defendants Gary Dambach, Jr. and Todd Dambach and each is required to file and serve an answer or motion under Rule 12 on or before October 18, 2021.

WHEREAS defendant DB Asset Group, LLC was previously served and is currently required to file and serve an answer or motion under Rule 12 on or before September 23, 2021, by prior agreement between Plaintiff and DB Asset Group, LLC.

1184521.1

1   WHEREAS October 18, 2021 is more than 28 days beyond the date by which DB Asset
2   Group, LLC was originally required to respond to the complaint.  Local Rule 144(a).
3   WHEREAS the parties agree that all defendants shall have until October 18, 2021 to file and
4   serve an answer or motion under Rule 12.
5   IT IS SO STIPULATED.

7   Dated:  August 30, 2021          BOUTIN JONES INC.

                                     By: _____
                                     Daniel S. Stouder
                                     Ian K. McGlone
                                     Attorney for Defendants, DB Asset Group,
                                     LLC; Gary Dambach, Jr. and Todd Dambach

12  Dated:  August 30, 2021          ALVES RADCLIFFE LLP.

                                     By: _____
                                     Suzanne M. Alves
                                     Attorney for Plaintiff, Integrity Business
                                     Partners LLC.

18  IT IS SO ORDERED.

20  DATED:  September 7, 2021.

                                     _____
                                     CHIEF UNITED STATES DISTRICT JUDGE